Natasha Prinzing Jones
William L. Crowley
BOONE KARLBERG P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT 59807-9199
Telephone: (406)543-6646
Facsimile: (406) 549-6804
npjones@boonekarlberg.com
bcrowley@boonekarlberg.com
*Attorneys for Defendants City of
Columbia Falls, Mike Johnson and
David G. Perry*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| TAMARA DOWNEN, Individually and as Personal Representative for the ESTATE OF STANLEY L. DOWNEN,<br><br>Plaintiffs,<br><br>v.<br><br>MONTANA VETERANS' HOME; STATE OF MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES; CITY OF COLUMBIA FALLS; MIKE JOHNSON and DAVID G. PERRY,<br><br>Defendants. | Cause No. CV-13-121-M-DWM<br><br>**AFFIDAVIT OF WILLIAM L. CROWLEY CONCERNING MOTION *IN LIMINE* AS TO PLAINTIFF'S EXPERTS** |

STATE OF MONTANA    )
                    : ss.
County of Missoula  )

William L. Crowley, being first duly sworn upon his oath, deposes and says as follows:

1. William L. Crowley is one of the attorneys representing Defendants City of Columbia Falls, Mike Johnson and David G. Perry in the above action.

2. Attached as Exhibit A is the unsworn declaration of Mark Kroll, Ph.D., FACC, FHRS, under 28 U.S.C. § 1746. The unsworn declaration provides the medical and scientific bases for excluding the testimony of Dr. Walter Peschel under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and Rule 702, Fed. R. Evid.

DATED this 8th day of January, 2014.

_____
William L. Crowley
BOONE KARLBERG P.C.
*Attorneys for Defendants City of Columbia Falls, Mike Johnson and David G. Perry*

SUBSCRIBED AND SWORN TO before me this 8th day of January, 2014, by William L. Crowley.



_____
Shannon E. Holdsambeck
Notary Public for the State of Montana
Residing at: Missoula, Montana
My Commission Expires: January 27, 2015