# EXHIBIT G

Narrative, 2012-00002316.

On June, 1, 2012 at approximately 1654 hours, I Officer Stanberry was dispatched to 400 Veterans Drive, the Montana Veteran's Home in Columbia Falls; reference, a disorderly male being disorderly, cursing and walking around with large rock in both hands.

As I was responding, Officer Johnson returned to the police station and asked if I needed assistance. I advised him, it may not be a bad idea. Officer Johnson rode with me in my patrol car.

Upon arrival at the Vet's Home, a white male, approximately 85 years old was observed walking north on Veterans Drive, on the Vet's property. In his right hand he held two rocks, one approximately 5 inches in length and the other about 7 inches in length. In his left hand he held a smaller rock.

Approximately 5 staff members were walking around him, all were verbally attempting to have him stop and return to the home.

As Officer Johnson and I, exited my car, contact was made, both of us maintaining a safe distance, telling the subject to drop the rocks. The subject failed to comply. Within a few seconds he drew his right hand back as to throw the rocks at Officer Johnson. Officer Johnson, with taser drawn, deployed the taser, one barb entering the left bicep area the other entering the rear of his pants, near the waist line. The subject immediately stiffened up and fell onto the asphalt driveway.

Dispatch was advised of the taser deployment and EMS requested. The subject never lost consciousness and continued to curse and resist us. Handcuffs were applied at this time.

An evaluation of injuries included facial lacerations, with controlled bleeding via 4x4 gauze bandages. An attempt to calm him was maintained until EMS arrived.

The EMS personnel secured him to a long back board, utilizing a cervical collar and straps.

Flathead County Deputy, Johns followed the ambulance to the hospital, in the event he became combative.

Statements from witnesses were obtained, photographs of the rocks were obtained and the taser chat was preserved as evidence.

The subject later identified as: Stanley Downen is charged with Disorderly Conduct and Obstructing a Peace Officer.

C-F1 was notified immediately after the incident.

End of report.

CITY 000081