# EXHIBIT H

To whom it may concern,

      I am writing you to let you know what I witnessed on Friday, June 1st around 5:00 to 5:30 pm. I was at the Sapa/Johnsrud baseball fields watching my nephew play baseball when I heard behind me "Stan, drop the rocks, drop the rocks, Stan" I turned around to see Officer Mike Johnson pointing his taser gun at an elderly man. If I were to guess this man had to be 80+ years old and weigh maybe 150 pounds. He was walking down the driveway of the Veteran's Home with his hands at his side full of 4 to 5 rocks per hand. Officer Johnson yelled "Stan, drop the rocks or I am going to tase you." Stan continued to walk with his hands at his side and Officer Johnson shot him with the taser gun, Stan froze like a plank and fell head first into the pavement. Officer Johnson and the other officer who I didn't recognize then approached Stan and held him face down on the pavement and handcuffed him. They held him face down on the pavement, bleeding from his head while he cried out in pain for about 10-15 minutes until the ambulance arrived. I saw Officer Johnson talking to the EMT and he made a motion like he was throwing something. I assume that he was telling him that Stan was going to throw the rocks at him. This is absolutely not true, Stan's hand were strait down at his side the whole time.

      There are moments in your life that stick with you forever and this, for me was one of them. Why two full grown men who are supposedly trained to detain people couldn't walk up to this frail old man and take the rocks out of his hands and handcuff him is beyond me. I fully believe that I could have disarmed him myself. This makes me wonder how often events like this happen, police abusing their powers, twisting the story and getting a pat on the back along with an atta boy. I am only 24 years old, but I know the difference between right and wrong and this was 100% wrong. I am asking you to please investigate this further and show me that there is still some justice in this world and that police aren't just allowed abuse people without cause. A taser should be a second to last resort and considered a deadly weapon. The chance that this old man had a weak heart is extremely high and a taser could have killed him, all because these two cops were cowards and too lazy to physically detain this old man. Officer Johnson deserves to be punished for his actions.

      Feel free to contact me with any questions, 261-4899. Thank you for taking the time to read this and I hope that you will do the right thing and investigate this incident.

Sincerely,

Danielle Jones