# EXHIBIT I



# COLUMBIA FALLS POLICE DEPARTMENT
## 130 6TH STREET WEST
## COLUMBIA FALLS, MT 59912
## (406) 892-3234

## TASER X26 USE REPORT

Case Report #: 2012-00002316   Booking #: _____

Date/Time: 6-1-2012  17:10   TASER Officer's Name: Johnson

On Scene Supervisor (If Applicable): _____   Officer(s) Involved: STANBERRY GARY

TASER Serial #: X00-07032T   Medical Facility: _____   Doctor: _____

Nature of Call or Incident: Disorderly Male   Charges: Disorderly   Booked: Y / (N)

Location of Incident: ( ) Indoor (X) Outdoor ( ) Jail ( ) Other: _____

Type of Force Used (Check all that apply): (X) Physical (X) Less-lethal ( ) Firearm ( ) Chemical

Nature of the Injuries and Medical Treatment Required:

Admitted to Hospital for Injuries: (Y) / N   Admitted to Hospital for Psychiatric: (Y) / N

Medical Exam: (Y) / N   Suspect Under the Influence: Alcohol / Drugs (Specify): Halid

Was an Officer, Police Employee, Volunteer or Citizen Injured other than by TASER? Y / (N)

Incident Type (circle appropriate response(s) below):

Civil Disturbance   Suicidal   Warrant Arrest   (Violent Suspect)   Barricaded Suspect   (Other)

Age: 28   Sex: M   Height: 5'11"   Weight: 175   Race: W

TASER use (circle one): (Success) / Failure   Suspect wearing heaving clothing: Y / (N)

Number of Air Cartridges fired: 1   Number of cycles applied: 1

Usage (check one): ( ) Arc Display Only ( ) Laser Display Only ( ) TASER Application

TASER: Is this a dart probe contact: (Y) / N   Is this a drive stun contact: Y / (N)

Approximate target distance at the time of the dart launch: 15 Feet

Distance between the two probes: 15 Inches   Need for an additional shot? Y / (N)

Did dart contacts penetrate the subject's skin? (Y) / N   Probes removed on scene: (Y) / N

Did TASER application cause injury: (Y) / N   If yes, was the subject treated for the injury: (Y) / N

DESCRIPTION OF INJURY: Had a bump on forehead and a small cut from hitting ground

CITY 000095

## APPLICATION AREAS
(Place "X's" where the probes hit suspect AND "O's" where stunned)



SYNOPSIS:
Call to vats home for a Disorderly male as we arrived was advised by staff Subject had large rocks in his hands. Tryed to get subject to drop rocks pulled arm back to throw rock and was tasered.

Need for additional applications?  Y /(N)    Did the device respond satisfactorily? (Y)/ N

Describe the subject's demeanor after the device was used or displayed?
Subject was still combative and using foul language

Chemical Spray:   Y /(N)    Baton or Blunt Instrument:   Y /(N)

Authorized control holds:   Y /(N)    If yes, what types:

Describe other means attempted to control the subject: Tryed verbal comands

Photographs Taken: (Y)/ N .    Report Completed By: Johnson

### ADDITIONAL INFORMATION
Subject had just been released from Bathwaye not to long ago