# EXHIBIT L



**The HealthCenter**

320 Sunny View Lane
Kalispell, Montana 59901
Phone 406-751-7500 Fax 406-751-7587

## DISCHARGE SUMMARY

# REPORT STATUS: Signed

Patient: DOWNEN,STANLEY L
DOB: 08/10/1934
Admit Date: 06/01/12

Dictating Provider: COATS,PAUL B N.P.
MR#: W000089579
Visit#: H00000427979

CC: BECHARD,JASON M.D.
COATS,PAUL B N.P.
GIPSON,WILLIAM TERRY M.D.

PATIENT:           DOWNEN, STANLEY L
DATE OF ADMISSION:   06/01/2012
DATE OF DISCHARGE:   06/24/2012
DOB:            08/10/1934

cc: JASON BECHARD, M.D.
    PAUL B COATS, N.P.
    WILLIAM TERRY GIPSON, MD

DISCHARGE DIAGNOSES
1. Deceased.
2. Severe advanced dementia.
3. Pneumonia.

CONSULTANTS
William Terry Gipson, MD, psychiatry.

HISTORY OF PRESENT ILLNESS
Stanley Downen was a 77-year-old gentleman with advanced dementia. He was admitted to the hospital on 06/01/12 with severe agitation accompanied by belligerent, aggressive, and threatening behavior. He had eloped from the Montana Veterans' Home and was acting in a threatening way in the community. The Columbia Falls police subdued him with a taser. He was subsequently brought to the hospital and admitted to the hospitalist service.

HOSPITAL COURSE
The patient's admitting CT and other studies were unremarkable. He did have bruises and superficial lacerations over his left orbit. Over the ensuing days, multiple attempts were made to achieve behavioral control -

DISCHARGE SUMMARY
Page 2
Patient: DOWNEN, STANLEY L
Birthdate: 08/10/1934
MR#: W000089579

including conscientious 1-to-1 nursing and multiple medication trials. Strong efforts were employed to sufficiently stabilize the patient to where he could be transferred to a secure dementia unit. Availability of such a facility was quite limited.

In the meantime, the patient was treated for pneumonia which resolved. He had issues with constipation which were also resolved.

As it was clear that the patient's dementia was progressive and that behavioral control was proving elusive, the patient's power of attorney for health care opted to move him to comfort care status. Thereafter, additional comfort measures were applied. The patient was kept comfortable and eventually settled and calmed down. Shortly thereafter, he showed signs of diminished respirations. At 5:30 this morning, the patient died comfortably in the presence of family members.

PAUL B COATS, N.P.

JASON BECHARD, M.D.

Job #11108376 COAPA/kla
d: 06/24/2012 09:31 A
t: 06/24/2012 10:05 A
File Date: 06/24/2012

Dictated by: COATS, PAUL B N.P.
<Electronically signed by PAUL B COATS N.P.>
06/24/12 2116

COAPA/ka
D: 06/24/12 0931
T: 06/24/12 1005

DISCHARGE SUMMARY
Rpt#: 0624-0001