W. Adam Duerk, Esq.
Dylan M. McFarland, Esq.
MILODRAGOVICH, DALE,
& STEINBRENNER, P.C.
P. O. Box 4947
Missoula, MT  59806-4947
Telephone:  (406) 728-1455
Facsimile:  (406) 549-7077
aduerk@bigskylawyers.com
dylan@bigskylawyers.com
Attorneys for Plaintiff

Sean Goicoechea
Christopher Di Lorenzo
MOORE, COCKRELL
GOICOECHEA & AXELBERG, P.C.
P.O. Box 7370
Kalispell, MT 59904-0370
Telephone: (406) 751-6000
Facsimile:  (406) 756-6522
sgoicoechea@mcgalaw.com
cdilorenzo@mcgalaw.com
Attorneys for Montana Veterans Home
and State of Montana Department of
Public Health and Human Services

Natasha Prinzing Jones
William L. Crowley
BOONE KARLBERG P.C.
201 W. Main Street, Suite 300
P. O. Box 9199
Missoula, MT 59807-9199
Tel: (406) 543-6646
Fax: (406) 549-6804
npjones@boonekarlberg.com
bcrowley@boonekarlberg.com
Attorneys for Defendants,
City of Columbia Falls, Mike
Johnson and David G. Perry

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TAMARA DOWNEN, Individually and as Personal Representative for the ESTATE OF STANLEY L. DOWNEN, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA VETERANS' HOME; STATE OF MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES; CITY OF COLUMBIA FALLS; MIKE JOHNSON and DAVID G. PERRY,<br><br>Defendants. | Cause No. CV-13-121-M-DWM<br><br>STIPULATION AND JOINT PETITION FOR APPROVAL OF SETTLEMENT PURSUANT TO MONT. CODE ANN. § 2-9-303 |

Pursuant to Mont. Code Ann. § 2-9-303, the Plaintiff, Tamara Downen, individually and as Personal Representative for the Estate of Stanley L. Downen, Deceased, and the Defendants Montana Veteran's Home and State of Montana Department of Public Health and Human Services; City of Columbia Falls; Mike Johnson and David G. Perry, by and through their respective counsel of record, hereby stipulate and jointly petition the Court as follows;

1. For an order approving the settlement of the claims against the Montana Veterans Home and State of Montana Department of Public Health and Human Services pursuant to Mont. Code Ann. § 2-9-303, in the amount of $20,000.00, according to the terms of the General Release attached hereto as Exhibit A and by this reference incorporated herein as though set forth in full. The parties specifically stipulate and agree that this Court may review and approve this settlement under Mont. Code Ann. § 2-9-303; and

2. For an order dismissing the above-entitled action against the Montana Veterans Home and State of Montana Department of Public Health and Human Services, with prejudice, as fully and finally compromised and settled, each party to pay their own costs and fees. A proposed Order Approving Settlement Pursuant to Mont. Code Ann. § 2-9-303 and dismissing the claims against the Montana Veterans Home and State of Montana Department of Public Health and Human Services is attached hereto as Exhibit B.

DATED this 13th day of February, 2014.

MILODRAGOVICH, DALE,
& STEINBRENNER, P.C.


By:  /S/ W. Adam Duerk
W. Adam Duerk, Esq.
Dylan M. McFarland, Esq.
P. O. Box 4947
Missoula, MT  59806-4947
Attorneys for Plaintiff


MOORE, COCKRELL, GOICOECHEA
 & AXELBERG, P.C.


By:  /S/   Sean Goicoechea
Sean Goicoechea
Christopher Di Lorenzo
P.O. Box 7370
Kalispell, MT 59904-0370
Attorneys for Montana Veterans Home and State of Montana Department of Public Health and Human Services

BOONE KARLBERG P.C.


By: ___/S/ Natasha Prinzing Jones_____
Natasha Prinzing Jones
William L. Crowley
201 W. Main Street, Suite 300
P. O. Box 9199
Missoula, MT 59807-9199
Attorneys for Defendants,
City of Columbia Falls, Mike
Johnson and David G. Perry

## CERTIFICATE OF SERVICE

This is to certify that on the date below, the foregoing was duly served on the following by the following means:

  __1__    CM/ECF

  _____    Hand Delivery

  _2, 3_    Regular Mail

  _____    Overnight Delivery

  _____    Facsimile

  __1__    Electronic Mail

1. Clerk of U. S. District Court
   Missoula Division

2. W. Adam Duerk, Esq.
   Dylan M. McFarland, Esq.
   MILODRAGOVICH, DALE,& STEINBRENNER, P.C.
   P. O. Box 4947
   Missoula, MT 59806-4947
   *Attorneys for Plaintiff*

3. Natasha Prinzing Jones
   William L. Crowley
   BOONE KARLBERG P.C.
   201 W. Main Street, Suite 300
   P. O. Box 9199
   Missoula, MT 59807-9199
   *Attorneys for Defendants,*
   *City of Columbia Falls, Mike*
   *Johnson and David G. Perry*

                                            /S/ Sean Goicoechea
                                            Date: February 13, 2014