IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TAMARA DOWNEN, Individually and as Personal Representative for the ESTATE OF STANLEY L. DOWNEN, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA VETERANS' HOME; STATE OF MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES; CITY OF COLUMBIA FALLS; MIKE JOHNSON and DAVID G. PERRY,<br><br>Defendants. | CV 13-121-M-DWM<br><br>ORDER APPROVING SETTLEMENT PURSUANT TO MONT. CODE ANN. § 2-9-303 AND DISMISSING CLAIMS WITH PREJUDICE |

Upon Stipulation and Joint Petition being made by the parties, through their respective counsel, and good cause appearing:

IT IS HEREBY ORDERED that the Stipulation and Joint Petition for Approval of Settlement Pursuant to Mont. Code Ann. § 2-9-303 is GRANTED as follows:

1. Settlement of this matter is approved pursuant to Mont. Code Ann. § 2-9-303, according to the terms of the General Release attached to the Stipulation and

Joint Petition executed by counsel for the parties, including the payment to Plaintiff in the amount of $20,000.00;

2. That the above-entitled action against the Defendants Montana Veteran's Home and State of Montana Department of Public Health and Human Services is dismissed with prejudice as fully and finally settled and compromised, each party to pay their own fees and costs.

DATED this _____ day of February, 2014.

_____
Donald W. Molloy, District Judge
United States District Court