W. Adam Duerk
Dylan M. McFarland
MILODRAGOVICH, DALE & STEINBRENNER, P.C.
P.O. Box 4947
Missoula, MT 59806-4947
Telephone: (406) 728-1455; Facsimile: (406) 549-7077
adeurk@bigskylawyers.com
Dylan@bigskylawyers.com
*Attorneys for Plaintiffs*

Natasha Prinzing Jones
William L. Crowley
BOONE KARLBERG P.C.
P.O. Box 9199
Missoula, MT 59807-9199
Telephone: (406)543-6646; Facsimile: (406) 549-6804
npjones@boonekarlberg.com
*Attorneys for Defendants City of
Columbia Falls, Mike Johnson and
David G. Perry*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TAMARA DOWNEN, Individually and as Personal Representative for the ESTATE OF STANLEY L. DOWNEN,<br><br>Plaintiffs,<br><br>v.<br><br>MONTANA VETERANS' HOME; STATE OF MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES; CITY OF COLUMBIA FALLS; MIKE JOHNSON and DAVID G. PERRY,<br><br>Defendants. | Cause No. CV-13-121-M-DWM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs and Defendants City of Columbia Falls, Mike Johnson and David G. Perry, through their respective counsel, stipulate and agree as follows:

1

1. All claims by and between Plaintiffs and Defendants City of Columbia Falls, Mike Johnson and David G. Perry in the above-captioned action have been finally resolved by agreement and should be dismissed with prejudice; and

2. Plaintiff and Defendants City of Columbia Falls, Mike Johnson and David G. Perry shall be responsible for their own costs, expenses and attorney's fees incurred in connection with the above-captioned action.

DATED this 3rd day of February, 2014.

/s/Dylan McFarland
Dylan McFarland
MILODRAGOVICH, DALE &
STEINBRENNER, P.C.
*Attorneys for Plaintiffs*

DATED this 3rd day of February, 2014.

/s/Natasha Prinzing Jones
NATASHA PRINZING JONES
BOONE KARLBERG P.C.
*Attorneys for Defendants City of Columbia Falls, Mike Johnson and David G. Perry*