IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TAMARA DOWNEN, Individually and as Personal Representative for the ESTATE OF STANLEY L. DOWNEN,<br><br>Plaintiffs,<br><br>v.<br><br>MONTANA VETERANS' HOME; STATE OF MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES; CITY OF COLUMBIA FALLS; MIKE JOHNSON and DAVID G. PERRY,<br><br>Defendants. | Cause No. CV-13-121-M-DWM<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

This matter comes to the Court's attention upon the stipulation of Plaintiffs and Defendants City of Columbia Falls, Mike Johnson and David G. Perry for dismissal of this matter with prejudice. Having reviewed the stipulation, the Court hereby orders as follows:

1. All claims by and between Plaintiffs and Defendants City of Columbia Falls, Mike Johnson and David G. Perry in the above-captioned action

1

have been finally resolved by agreement and should be dismissed with prejudice; and

2. Plaintiffs and Defendants City of Columbia Falls, Mike Johnson and David G. Perry shall be responsible for their own costs, expenses and attorney's fees incurred in connection with the above-captioned action.

ORDERED this ____ day of _____, 2014.

_____
Hon. Donald W. Molloy
United States District Judge